UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AGUILAR, JR., <br><br> Petitioner <br><br> v. <br><br> M.E. SPEARMAN, <br><br> Respondent. | Case No. 2:19-cv-09536-SB (GJS) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all documents filed and lodged in this action, and the Report and Recommendation of United States Magistrate Judge [Dkt. 22, "Report"].  The time for filing Objections to the Report has passed, and no Objections have been received.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that: the Petition is DENIED; and Judgment shall be entered dismissing this action with prejudice.

DATE: April 29, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE