UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIO AGUILAR, JR.,

Petitioner

v.

M.E. SPEARMAN,

Respondent.

Case No. 2:19-cv-09536-SB (GJS)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: April 29, 2021

_____

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE